ROBERT D. JOHNSTON v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal denied, with ten dollars costs; motion for a stay granted on

# 818    CASES REPORTED WITH BRIEF SYLLABI.

conditions indicated in order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.